IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KHALAFALA KHALAFALA,

    Plaintiff,                    No. CIV S-06-2863 LKK GGH P

  vs.

JAMES TILTON, et al.,

    Defendants.           ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request to proceed in forma pauperis. In his complaint, plaintiff alleges violations of his civil rights by defendants.[1] The alleged violations took place in Tuolumne County, which is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 3-120(d).

        Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper

---

[1] Although plaintiff has named the Director of the California Department of Corrections and Rehabilitation (hereafter "CDC Director"), whose headquarters is within the Sacramento Division, as a defendant in this action, it is clear that plaintiff is suing the CDC Director solely in a respondeat superior capacity. Additionally, plaintiff is seeking monetary damages only and has not stated a claim for injunctive relief. As such, the CDC Director is subject to be dismissed from this 42 U.S.C. § 1983 action. Fayle v. Stapley, 607 F.2d 858, 862 (9th Cir. 1979).

1

1 division of the court. Therefore, this action will be transferred to the Fresno Division of the
2 court. In light of 1996 amendments to 28 U.S.C. § 1915, this court will not rule on plaintiff's
3 request to proceed in forma pauperis.
4     Good cause appearing, IT IS HEREBY ORDERED that:
5     1. This court has not ruled on plaintiff's request to proceed in forma pauperis;
6     2. This action is transferred to the United States District Court for the Eastern
7 District of California sitting in Fresno; and
8     3. All future filings shall reference the new Fresno case number assigned and
9 shall be filed at:

United States District Court
Eastern District of California
2500 Tulare Street
Fresno, CA 93721

DATED: 1/5/07

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009/mp
khal2863.22